# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | CALIFORNIA - CENTRAL DISTRICT |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:22-CV-09463 |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/30/2022 |

Date of judgment or order you are appealing: | 10/31/2023 |

Docket entry number of judgment or order you are appealing: | 38 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Paul Osheske

Is this a cross-appeal?   ○ Yes   ☉ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?   ○ Yes   ☉ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

N/A

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | s/ Sophia Rios |   **Date** | Nov 29, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Paul Osheske

Name(s) of counsel (if any):

Joshua P. Davis
Berger Montague PC

Address: 505 Montgomery Street, Suite 625, San Francisco, CA 94111

Telephone number(s): (415) 689-9292

Email(s): jdavis@bm.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Silver Cinemas Acquisition Co., d/b/a Landmark Theaters

Name(s) of counsel (if any):

Teresa C. Chow
Baker & Hostetler LLP

Address: 11601 Wilshire Blvd., Suite 1400, Los Angeles, CA 90025

Telephone number(s): (310) 820-8800

Email(s): tchow@bakerlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Paul Osheske

Name(s) of counsel (if any):

Sophia M. Rios
Berger Montague PC

Address: 401 B Street, Suite 2000, San Diego, CA 92101

Telephone number(s): (858) 252-6649

Email(s): srios@bm.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Silver Cinemas Acquisition Co., d/b/a Landmark Theaters

Name(s) of counsel (if any):

Bonnie L. K. DelGobbo
Baker & Hostetler LLP

Address: 1 N. Wacker Dr., Ste. 4500, Chicago, IL 60606

Telephone number(s): 312-416-8185

Email(s): bdelgobbo@bakerlaw.com

Name(s) of party/parties:

Paul Osheske

Name(s) of counsel (if any):

Sherrie Savett; Lane L. Vines
Berger Montague PC

Address: 1818 Market Street, Suite 3600, Philadelphia, PA 19103

Telephone number(s): 215-875-3000

Email(s): ssavett@bm.net; lvines@bm.net

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    2                            New 12/01/2018